IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00359 SOM |
| | ) | |
| Plaintiff, | ) | SUPPLEMENTAL ADMINISTRATIVE |
| | ) | ORDER REGARDING RETROACTIVE |
| vs. | ) | AMENDMENTS TO CRACK |
| | ) | COCAINE GUIDELINES; EXHIBIT A |
| APELAAMO SULU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

SUPPLEMENTAL ADMINISTRATIVE ORDER REGARDING
RETROACTIVE AMENDMENTS TO CRACK COCAINE GUIDELINES

Apelaamo Sulu is added to the scope of the Administrative Order Regarding Retroactive Amendments to Crack Cocaine Guidelines filed February 28, 2008, and attached as Exhibit A. The Office of the Federal Public Defender is appointed to represent Mr. Sulu, as he was not released on the "projected release date" of February 29, 2008, as previously expected.

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; March 3, 2008.



/s/Susan Oki Mollway
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE