CORRESPONDENCE

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850-0409

SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720

FACSIMILE
(808) 541-1724

March 5, 2008

Ms. Donna Gray
Assistant Federal Defender
Office of the Federal Public Defender
PJKK Federal Building
300 Ala Moana Blvd., Ste. 7102
Honolulu, Hawaii 96850

Mr. Tracy Hino
Assistant United States Attorney
Office of the United States Attorney
PJKK Federal Building, Suite 6100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**Re: United States of America v. Apelaamo Sulu; Cr. 01-00359 SOM**

Dear Counsel:

The Probation Office has informed me that Apelaamo Sulu is at FDC Honolulu, that his new "projected release date" is in July 2008, and that the Bureau of Prisons appears to have changed its "projected release date" in light of an updated calculation of good time credit.

Very truly yours,

Susan Oki Mollway
United States District Judge

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 05 2008
DISTRICT OF HAWAII