PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
APELAAMO SULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  01-00359 SOM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) REDUCING SENTENCE |
| vs. | ) PURSUANT TO NEW |
| | ) SENTENCING GUIDELINE |
| APELAAMO SULU, | ) AMENDMENT |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

　　　　　IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 94

months incarceration imposed on November 25, 2002, is reduced to time served.[1] All other provisions of the sentence imposed on November 25, 2002, remain unaltered.

The defendant, APELAAMO SULU, is currently serving a term of imprisonment for an offense involving cocaine base (crack). Mr. Sulu is currently incarcerated at FDC Honolulu and was contacted by counsel by phone. Mr. Sulu consents to counsel entering into this stipulation.

Mr. Sulu was sentenced by this Court on November 25, 2002, to a term of 94 months imprisonment. His guideline range was 188-235 months, based on a total offense level of 31 and a criminal history category of VI (due to a designation as a career offender).[2] The Court departed downward due to a combination of factors.

---

[1] This would approximately reduce his sentence by four months as Mr. Sulu is currently scheduled to be release by the BoP in July of 2008.

[2] Had Mr. Sulu not been determined to be a career offender, his guideline range would have been 15/V, resulting in a sentencing range of 37-46 months. Moreover, the prior convictions which resulted in Mr. Sulu being designated as a "career offender" where for having dealt 2.74, 11.785, and 6.871 grams of crack cocaine on the street. The Court, at Mr. Sulu's original sentencing hearing, departed downward in part due to the fact that Mr. Sulu's criminal history category over-represented his criminal history.

Although the United States Sentencing Commission lowered many guidelines ranges for crack cocaine defendants on November 1, 2007, due to what has become known as "bad math," Mr. Sulu's particular guideline range remained unaffected by the changes. See U.S.S.G. Appendix C, Amdt. 706. The amendment was made retroactive. See Amendment 706.

The parties agree that Mr. Sulu is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10. The parties agree that Mr. Sulu's new sentence of incarceration should be reduced to time served.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, March 28, 2008.

    /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
APELAAMO SULU

    /s/ Florence Nakakuni
FLORENCE T. NAKAKUNI
Attorney for Plaintiff
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii; April 2, 2008.



                     /s/ Susan Oki Mollway
                     SUSAN OKI MOLLWAY
                     UNITED STATES DISTRICT JUDGE

UNITED STATES v. APELAAMO SULU
Cr. No. 01-00359 SOM
STIPULATION AND ORDER REDUCING SENTENCE
PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT