AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 01-00359 SOM |
| Apelaamo Sulu ) | USM No: 88250-022 |
| Date of Previous Judgment: December 3, 2002 ) | Alexander Silvert |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding ~~Motion for~~ Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon ~~motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court~~ stipulation, ^the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), ~~and~~ having considered such motion,

**IT IS ORDERED** that ~~the motion is~~:

☐ ~~DENIED.~~   ☐ ~~GRANTED and~~ the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __94 months__ months **is reduced to** __time served__ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__          Amended Offense Level: __no change__
Criminal History Category: __VI__       Criminal History Category: __no change__
Previous Guideline Range: __188__ to __235__ months   Amended Guideline Range: ____ to ____ months
                                                                  time served

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☒ Other (explain): Stipulation by parties, which the court finds reasonable.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __12/03/2002__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __4/2/08__

Effective Date: __4/2/08__
(if different from order date)

Judge's signature

Susan Oki Mollway, United States District Judge
Printed name and title